## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00313-JLK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

NEAL R. GREENBERG

        Defendant.

---

## ORDER ON MOTION FOR APPROVAL OF EQUITABLE DISTRIBUTION PLAN

---

The Court having reviewed Neal R. Greenberg's Unopposed Motion for Approval of Equitable Distribution Plan and for good cause shown,

**IT IS HEREBY ORDERED**

1. Defendant's proposed equitable distribution plan is approved.

2. Defendant's Relinquished Interests will be allocated to Agile Investors, as defined in and according to the equitable distribution plan contained in the Defendant's Unopposed Motion for Approval of Equitable Distribution Plan.

3. Agile Management will immediately change the registration on Defendant's Relinquished Interests Accounts to reflect that the account is designated "For the Benefit of Investors in Agile Safety Fund, Agile Safety Fund International, and Agile Safety Variable Fund."

Dated: April 11, 2011

        *s/John L. Kane_____*
        UNITED STATES DISTRICT COURT JUDGE