**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  January 24, 2012                     Deputy Clerk: Bernique Abiakam
                                            Court Reporter: Tamara Hoffschildt

---

Civil Action No.: 11-cv-00313-JLK-MEH

SECURITIES AND EXCHANGE COMMISSION,          Stephen C. McKenna

    Plaintiff,

v.

NEAL R. GREENBERG,                           Frank Visciano

    Defendant.

---

## COURTROOM MINUTES

**Motions Hearing**

**3:02 p.m.     Court in session.**

Court calls case.  Counsel present.

Court's preliminary comments.

Discussion regarding retained counsel for Danica Chen.

3:04 p.m.     Argument by Mr. Feder.

3:13 p.m.     Argument by Mr. McKenna.

3:19 p.m.     Further argument by Mr. Fedder.

3:20 p.m.     Comments and Rulings by the Court.

**ORDERED:** Motion to Quash Subpoena (Filed 1/10/12; Doc. No. 23) is DENIED.

**ORDERED:** Motion For Order Pursuant To Customer Challenge Provisions Of The right To Financial Privacy Act Of 1978 (Filed 1/11/12; Doc. No. 25) is DENIED.

*11-cv-00313-JLK*
*Motions Hearing*
*January 24, 2012*

**ORDERED:   Motion To Quash Additional Subpoenas (Filed 1/18/12; Doc. No. 26) is DENIED.**


**3:21 p.m.      Court in recess.**
Hearing concluded.
Time in court - 00:19 minutes.