IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Criminal Action No. **11-cv-00313-JLK**

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.

**NEAL R. GREENBERG,**

    Defendant.

---

**ORDER**

---

Kane, J.

    This matter is currently before me on the parties' Stipulation for Extension of Time for Escrow Payments to Continue Through and Including August 31, 2012 (doc. 49). In light of this stipulation , my orders dated March 13, 2012 (docs. 45 and 46) are modified to allow for payment of certain specified living or operating expense amounts for the benefit of Neal R. Greenberg, Danica Chen, and Dorje Trawang Ling, and reasonable attorney fees and costs, subject to the terms set forth in the escrow agreements entered into by Greenberg, Chen, Dorje, and the Securities and Exchange Commission, to continue through and including August 31, 2012.

    It is FURTHER ORDERED that the parties shall appear before me at 10:00 a.m. on September 4, 2012 for a status conference, pursuant to the terms of their stipulation.

Dated: July 18, 2012                      BY THE COURT:

                                                **/s/John L. Kane**
                                                Senior U.S. District Court Judge