IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable John L. Kane

Civil Action No. 11-cv-00313-JLK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

NEAL R. GREENBERG,

    Defendant.

---

**ORDER**

---

Kane, J.

This matter is before the Court on the Stipulation to Lift Freeze Orders to Allow Payment of Settlement Amounts and Effect Final Settlement as to Danica Chen ("Chen"), the Danica Chen Irrevocable Trust II (the "Trust"), and Dorje Trawang Ling ("Dorje"). (doc. 65). On October 23, 2012, Plaintiff Securities and Exchange Commission, Chen, the Trust, and Dorje, a Colorado nonprofit organization, filed a Stipulation to Modify Chen Freeze Order in View of Settlement Offers. (doc. 61). On October 25, 2012, the Court entered an Order pursuant to the Stipulation. (doc. 62). Now, being informed by the parties that the settlement offers made by Trust, Chen, and Dorje have been accepted by the Commission, the Court Orders that the asset freeze orders entered on March 13, 2012, freezing the assets of Danica Chen (doc. 46) and Neal Greenberg (doc. 45), are lifted to allow the following settlement amounts to be paid to the Court Registry Investment System Account in this matter, DC0X111CV000313, Case Title: SEC v. Neal R. Greenberg, and Orders that the Trust, Ms. Chen and Dorje use their best efforts to pay the following amounts by wire transfer or certified check within 5 business days:

The Trust: $355,000;

Ms. Chen: $188,457; and

Dorje: $90,000.

Such payments shall be deemed permitted and not to violate the March 13, 2012 asset freeze orders. Once these payments are recorded as paid in the Court's docket entry system, the March 13, 2012 asset freeze orders as well as the March 2012 Escrow Agreements and any addenda thereto among the Plaintiff, Dorje and Ms. Chen will be vacated and have no further force or effect.

Dated: February 20, 2013

BY THE COURT

s/ John L. Kane
John L. Kane
Senior United States District Judge