IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable John L. Kane

Civil Action No.  11-cv-00313-JLK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

NEAL R. GREENBERG,

        Defendant.

## ORDER GRANTING ECF. DOC. 81 & AUTHORIZING PAYMENT OF TAX ADMINISTRATOR

Kane, J.

This matter is currently before me on the Unopposed Motion Requesting Payment of Tax Administrator filed by Plaintiff (Doc. 81).  The Court, having reviewed the Unopposed Motion and the Declaration of Jude P. Damasco and Damasco & Associates LLP invoice no. 3304 attached thereto, **HEREBY ORDERS:**

The Clerk of the Court to pay Damasco & Associates LLP's invoice no. 3304, in the amount of $1,103.74, from the Distribution Fund established in this matter.  The invoice covers preparation and filing of the 2013 qualified settlement fund tax returns and related tax compliance services for the Distribution Fund.

Dated:  April 15, 2014

                                  *s/John L. Kane*
                                  JOHN L. KANE
                                  UNITED STATES DISTRICT COURT JUDGE