IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 11-cv-00313-JLK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

NEAL R. GREENBERG,

        Defendant.

## ORDER AUTHORIZING PAYMENT OF TAX ADMINISTRATOR

Kane, J.

This matter is currently before me on Plaintiff's Unopposed Motion Requesting Payment of Tax Administrator (Doc. 85). Having reviewed the Unopposed Motion and the Declaration of Jude P. Damasco and Damasco & Associates LLP Invoice No. 4361 (Doc. 85-1) and finding good cause for the requested action, the motion is GRANTED.

Accordingly, the Clerk of the Court is ORDERED to pay Damasco & Associates LLP's Invoice No. 4361, in the amount of $1,956.30, from the Distribution Fund established in this matter. The invoice covers preparation and filing of the 2014 qualified settlement fund tax returns and related tax compliance services for the Distribution Fund.

Dated:  February 18, 2015        BY THE COURT:

                                                         s/ John L. Kane
                                                         Senior U.S. District Court Judge