IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable John L. Kane

Civil Action No.  11-cv-00313-JLK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

NEAL R. GREENBERG,

        Defendant.

**ORDER TRANSFERRING THE REMAINING FUNDS
IN THE CRIS ACCOUNT TO THE SECURITIES AND EXCHANGE COMMISSION
FOR FINAL WRAP-UP AND TERMINATION OF THE FUND**

This matter is currently before me on the Unopposed Motion for Approval of Final Accounting and Transfer of the Remaining Funds to the Securities and Exchange Commission for Final Wrap-Up and Termination of the Fund filed by Plaintiff.  The Court, having reviewed the Unopposed Motion and for good cause shown,

**HEREBY ORDERS:**

1.    That the Consolidated Final Accounting Report is approved.

2.    The Clerk of this Court shall transfer any remaining funds, less any applicable court fees, by check payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

        Enterprise Services Center
        Accounts Receivable Branch
        6500 South MacArthur Boulevard
        Oklahoma City, OK 73169

The check shall contain a notation identifying the case title, civil action number and name of this Court.

    3.    The Commission shall remit all remaining funds held in this matter to the U.S. Treasury.

    4.    After the remaining funds have been transferred to the U.S. Treasury, the Fair Fund shall be terminated.

Dated: April 7, 2015

                              *John L. Kane*
                              SENIOR U.S. DISTRICT JUDGE